ORIGINAL

Approved:

JERRY J. FANG
Assistant United States Attorney

Before:      THE HONORABLE ONA T. WANG
             United States Magistrate Judge
             Southern District of New York

## 23 MAG 3232

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - v. -

DEDE LLESHI,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**SEALED COMPLAINT**

Violations of
18 U.S.C. §§ 1028A, 1425(a),
1546(a), and 2.

COUNTY OF OFFENSE:
NEW YORK

SOUTHERN DISTRICT OF NEW YORK, ss.:

      FABIO ARROYAVE, being duly sworn, deposes and says that he is a Deportation Officer with U.S. Immigration and Customs Enforcement ("ICE") and Special Deputy United States Marshal with the United States Marshals Service ("USMS"), and charges as follows:

## COUNT ONE
### (Unlawful Procurement of Naturalization)

      1.    From at least in or about January 2020 through at least in or about January 2022, in the Southern District of New York and elsewhere, DEDE LLESHI, the defendant, knowingly procured and attempted to procure, contrary to law, the naturalization of a person, and documentary and other evidence of naturalization, to wit, LLESHI submitted, under penalty of perjury, an application for naturalization containing false information about his identity, including fraudulently using the name and date of birth of another person ("Individual-1") as his own, and by falsely stating under oath at an in-person naturalization interview that his name was the name of Individual-1.

      (Title 18, United States Code, Sections 1425(a) and 2.)

## COUNT TWO
### (Fraud and Misuse of Visas, Permits, and Other Documents)

      2.    From at least in or about February 2012 through at least in or about January 2022, in the Southern District of New York and elsewhere, DEDE LLESHI, the defendant, knowingly uttered, used, attempted to use, possessed, obtained, accepted, and received a visa, permit, border crossing card, alien registration receipt card, and other document prescribed by statute or

regulation for entry into and as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, and falsely made, and to have been procured by means of any false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained, to wit, LLESHI caused to be submitted, in support of an application for naturalization, legal permanent resident documentation that he knew to have been procured by means of false claims and statements and to have been otherwise procured by fraud and unlawfully obtained.

(Title 18, United States Code, Sections 1546(a) and 2.)

## COUNT THREE
### (Aggravated Identity Theft)

3.     From at least in or about February 2012 through at least in or about January 2022, in the Southern District of New York and elsewhere, DEDE LLESHI, the defendant, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, LLESHI used the name and date of birth of Individual-1 during and in relation to the offenses charged in Count One and Count Two of this Complaint.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

4.     I am a Deportation Officer with ICE and Special Deputy United States Marshal with the USMS. I have been personally involved in the investigation of this matter, and I base this affidavit on that experience, on my conversations with other law enforcement agents and other individuals, and my examination of various reports and records. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

### Background

5.     Through my training and experience as an ICE Deportation Officer, I know the following about the naturalization application process:

a.     To become a naturalized citizen of the United States, an individual who is not already a citizen of the United States must submit a naturalization application on Form N-400, with information such as the applicant's name, date of birth, social security number, address, and photograph.

b.     The applicant must have a criminal background check completed by the Federal Bureau of Investigation ("FBI"), which requires the applicant to be fingerprinted and photographed.

2

c.      The applicant must appear in person for a naturalization interview with a U.S. Citizenship and Immigration Services ("USCIS") Officer to answer questions about the individual's naturalization application.  The applicant must also take an English and civics examination.

d.      If the application is granted, the applicant must take the Oath of Allegiance to the United States at a naturalization ceremony.  USCIS may also continue an application if the applicant is requested to provide additional evidence or documentation, if the applicant fails to provide the correct documents, or if the applicant fails the English or civics examination the first time.  Finally, USCIS may deny the applicant's naturalization application if the evidence establishes that the applicant is ineligible for naturalization.

## LLESHI's Immigration History

6.      Based on my participation in this investigation, my review of records and documents provided by U.S. immigration authorities, and my conversations with other law enforcement officers, I have learned the following, in substance and in part:

a.      In or about September 2006, DEDE LLESHI, the defendant, entered the United States on a passport purporting to be issued by the Republic of Slovenia (the "Slovenian Passport"), using a false name ("False Name-1") and a date of birth in 1976.

b.      After U.S. Customs and Border Protection determined the Slovenian Passport to be fraudulent, LLESHI was detained and subsequently placed in removal proceedings.

c.      In or about October 2006, LLESHI applied for political asylum in the United States, which was denied following a hearing before an immigration judge in or about January 2007.  Following an appeal of the immigration judge's denial of political asylum, LLESHI withdrew the appeal in or about May 2010.

d.      In or about March 2011, LLESHI applied for legal permanent resident status, this time, fraudulently using the name of another person ("Individual-1 Name") and a date of birth in 1984 (the "Individual-1 Birthdate").  Based on my participation in this investigation, my review of law enforcement records and documents, and my conversations with other law enforcement officers, I have learned that LLESHI has a brother (Individual-1) with the Individual-1 Name and a date of birth that matches the Individual-1 Birthdate.

e.      In or about February 2012, LLESHI was granted legal permanent resident status under the Individual-1 Name and under the Individual-1 Birthdate. LLESHI received a legal permanent resident card (the "LPR Card") listing the Individual-1 Name and the Individual-1 Birthdate as his identifiers and Kosovo as his country of birth.  In or about April 2017, LLESHI was also issued a refugee travel document by USCIS (the "Travel Document") listing the Individual-1 Name and the Individual-1 Birthdate as his identifiers and Albania as his country of citizenship.

3

<u>LLESHI's Naturalization Application</u>

7.      Based on my participation in this investigation, my review of records and documents provided by USCIS, and my discussions with other law enforcement officers, I have learned the following, in substance and in part:

        a.      In or about January 2020, DEDE LLESHI, the defendant, applied to become a naturalized citizen of the United States (the "Naturalization Application"). The Naturalization Application, which was mailed from an immigration law firm located in Manhattan, New York, was received by USCIS in or about February 2020.

        b.      In the Naturalization Application, LLESHI fraudulently listed his legal name as Individual-1 Name, his alternate name as False Name-1, and his date of birth as the Individual-1 Birthdate.

        c.      In the Naturalization Application, LLESHI answered "no" in response to questions asking (i) if he was "EVER involved in any way with any of the following: Killing, or trying to kill, someone"; (ii) if he had "EVER committed in committing, or attempted to commit, a crime or offense for which [he] was NOT arrested"; (iii) if he had "EVER been charged with committing, attempting to commit, or assisting in committing a crime or offense"; and (iv) if he had "EVER given any U.S Government officials any information or documentation that was false, fraudulent, or misleading."

        d.      In or about April 2021, LLESHI appeared for his initial interview and falsely identified himself as Individual-1. After failing the language and civics examinations, LLESHI's naturalization application was continued.

        e.      In or about January 2022, LLESHI appeared for a reexamination and falsely identified himself as Individual-1. After again failing the language and civics examinations, LLESHI's naturalization application was denied.

8.      Based on travel records provided by the Kosovo National Police, Ministry of Internal Affairs and Public Administration, I have learned that between December 2018 and September 2022, which encompasses the timeframe of LLESHI's naturalization application and proceeding, Individual-1 (i) lived in Kosovo; (ii) had only traveled to and from Albania, North Macedonia, and Serbia by car; and (iii) had not traveled to the United States.

<u>Identification of LLESHI</u>

9.      Based on my conversations with other law enforcement agents with the FBI regarding DEDE LLESHI, the defendant, I have learned that they have analyzed (i) LLESHI's fingerprints, collected in or about August 2001 by the government of Kosovo in connection with an application by LLESHI for personal identification documents under the name "Dede Lleshi"; (ii) fingerprints belonging to Individual-1, collected in or about November 2002 by the government of Kosovo in connection with an application by Individual-1 for personal identification documents; and (iii) fingerprints belonging to LLESHI, collected by the FBI in or about September 2006 when LLESHI entered the United States using the Slovenian Passport and False Name-1. Based on these discussions, as well as my own comparison of the above-referenced fingerprints, I have learned

4

that LLESHI's fingerprints, collected in or about August 2001 under the name "Dede Lleshi," match the fingerprints belonging to LLESHI, collected by the FBI in or about September 2006 under the identity of False Name-1. I have further learned that the fingerprints belonging to Individual-1, collected in or about November 2002, do not match LLESHI's fingerprints from August 2001 or LLESHI's fingerprints from September 2006.

10.     Based on my review of documents provided by the government of Kosovo, I have learned that DEDE LLESHI, the defendant, is the subject of an arrest order issued by the Basic Court of Gjakova, Department of Serious Crimes, in or about December 2021, for failing to respond to a summons charging him with murder and illegal possession of firearms in violation of the criminal laws of Kosovo, for which LLESHI has been at large since in or about 2003. The arrest order lists LLESHI's real name as "Dede Lleshi," not the False Name-1 and Individual-1 Name that LLESHI provided in the Naturalization Application, and which are listed in the Slovenian Passport, the LPR Card, and the Travel Document. The arrest order also lists LLESHI's date of birth in 1979, not the Individual-1 Birthdate that LLESHI provided in the Naturalization Application, and which is listed in the Slovenian Passport, the LPR Card, and the Travel Document.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of DEDE LLESHI, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

S/ Fabio Arroyave /otw

FABIO ARROYAVE
Deportation Officer, U.S. Immigration and Customs Enforcement
Special Deputy U.S. Marshal, U.S. Marshals Service

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this 24th day of April, 2023.

THE HONORABLE ONA T. WANG
United States Magistrate Judge
Southern District of New York

5



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 24, 2023

**BY EMAIL**

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   Re: ***United States v. Zialat Mamedov,***
      **23 Mag. 3216**

Dear Judge Wang:

  A criminal complaint, *United States v. Zialat Mamedov*, 23 Mag. 3216, was filed under seal today charging Zialat Mamedov (the defendant) with murder-for-hire and conspiracy to commit murder-for-hire, in violation of 18 U.S.C. § 1958. The defendant is currently located outside the United States. The Government respectfully requests that the Court issue a limited unsealing order permitting the complaint and accompanying arrest warrant to be shared with foreign government officials in connection with efforts to arrest and extradite the defendant, and that the complaint otherwise remain under seal pending further order of the Court. The Government also requests that this letter be filed under seal pending further order of the Court.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

By:  /s/
          Michael D. Lockard / Matthew J.C. Hellman
          / Jacob H. Gutwillig
          Assistant United States Attorneys
          (212) 637-2193 / -2278 / -2215

SO ORDERED:

April 24, 2023

HON. ONA T. WANG,
UNITED STATES MAGISTRATE JUDGE