UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | 23 Cr. |
| DEDE LLESHI | **2 3 CRIM 2 4 8** |
| Defendant. | |

## COUNT ONE
### (Unlawful Procurement of Naturalization)

The Grand Jury charges:

1.      From at least in or about January 2020 through at least in or about January 2022, in the Southern District of New York and elsewhere, DEDE LLESHI, the defendant, knowingly procured and attempted to procure, contrary to law, the naturalization of a person, and documentary and other evidence of naturalization, to wit, LLESHI submitted, under penalty of perjury, an application for naturalization containing false information about his identity, including fraudulently using the name and date of birth of another person ("Individual-1") as his own, and falsely stated under oath at an in-person naturalization interview that his name was the name of Individual-1.

(Title 18, United States Code, Sections 1425(a) and 2.)

## COUNT TWO
### (False Statements Relating to Naturalization)

The Grand Jury further charges:

2.      In or about April 2021, in the Southern District of New York and elsewhere, DEDE LLESHI, the defendant, knowingly made a false statement under oath, in a case, proceeding, and matter relating to, under, and by virtue of the laws of the United States relating to naturalization,

citizenship, and registry of aliens, to wit, LLESHI falsely stated under oath at an in-person naturalization interview that his name was the name of Individual-1.

(Title 18, United States Code, Section 1015(a) and 2.)

## COUNT THREE
### (False Statements Relating to Naturalization)

The Grand Jury further charges:

3.      In or about January 2022, in the Southern District of New York and elsewhere, DEDE LLESHI, the defendant, knowingly made a false statement under oath, in a case, proceeding, and matter relating to, under, and by virtue of the laws of the United States relating to naturalization, citizenship, and registry of aliens, to wit, LLESHI falsely stated under oath at an in-person naturalization interview that his name was the name of Individual-1.

(Title 18, United States Code, Section 1015(a) and 2.)

## COUNT FOUR
### (Fraud and Misuse of Visas, Permits, and Other Documents)

The Grand Jury further charges:

4.      From at least in or about February 2012 through at least in or about January 2022, in the Southern District of New York and elsewhere, DEDE LLESHI, the defendant, knowingly uttered, used, attempted to use, possessed, obtained, accepted, and received a visa, permit, border crossing card, alien registration receipt card, and other document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, and falsely made, and to have been procured by means of any false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained, to wit, LLESHI caused to be submitted, in support of an application for naturalization, legal permanent resident documentation that he knew to have been procured by

2

means of false claims and statements and to have been otherwise procured by fraud and unlawfully obtained.

(Title 18, United States Code, Sections 1546(a) and 2.)

## COUNT FIVE
### (Aggravated Identity Theft)

The Grand Jury further charges:

5.      From at least in or about February 2012 through at least in or about January 2022, in the Southern District of New York and elsewhere, DEDE LLESHI, the defendant, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, LLESHI used the name and date of birth of Individual-1 during and in relation to the offenses charged in Counts One, Two, and Three of this Complaint.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2.)

## FORFEITURE ALLEGATIONS

6.      As a result of committing the offenses alleged in Counts One, Four, and Five of this Indictment, DEDE LLESHI, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6), all conveyances, including any vessel, vehicle, or aircraft, used in the commission of said offense; all property, real and personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and all property, real or personal, that was used to facilitate, or was intended to be used to facilitate, the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Asset Provision

7.      If any of the above-described forfeitable property, as a result of any act or

3

omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and

Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the

defendant up to the value of the above forfeitable property.

> (Title 18, United States Code, Section 982;
> Title 21, United States Code, Section 853; and
> Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

4